Mary Clary, as Administratrix, etc., Respondent, v. Katherine Fitzgerald, Appellant.— Motion to amend decision denied, without costs.

Imo W. Toms, Respondent, v. Town of Newfane, Niagara County, New York, Appellant.— Motion for reargument denied, without costs.

J. Frank Scott v. Lyman Woodward and Another. Daniel J. Kenefick, as Executor, etc., v. Timothy P. Donovan. In the Matter of the Estate of Constance C. Redfield, Deceased.—The foregoing cases having been twice reached in their regular order and passed, are dismissed under rule 39.*

Della M. Buckley, Respondent, v. William H. Stansfield, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. See opinion by Foote, J., on appeal from judgment in same case (*ante*, p. 735). All concurred.

---

* General Rules of Practice, rule 39.— [REP.